926

No. 77–5034. POTE *v.* ILLINOIS. C. A. 7th Cir. Certiorari denied.

No. 77–5046. COOPER *v.* MARYLAND. C. A. 4th Cir. Certiorari denied.

No. 77–5065. EVERS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 77–5070. LEAL *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 77–5074. FORD *v.* WAINWRIGHT, SECRETARY, DEPARTMENT OF OFFENDER REHABILITATION OF FLORIDA. C. A. 5th Cir. Certiorari denied.

No. 77–5097. SHEFFEY *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 77–5101. GONZALEZ *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 77–5118. PEDERSON *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 77–5120. GRAY *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 77–5124. McCRAY *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 77–5134. CRAFT *v.* BOARD OF PARDONS AND PAROLES OF TEXAS ET AL. C. A. 5th Cir. Certiorari denied.

No. 77–5165. JUMPER *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 77–5187. HARGON *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 77–5190. RAMIREZ *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.